SHUMAKER *v.* MICHIGAN OFFICE EQUIPMENT CO., INC.

Appeal from Allegan, Smith (Raymond L.), J. Submitted Division 3 December 3, 1968, at Grand Rapids. (Docket No. 4,294.) Decided December 20, 1968.

Complaint by Richard D. Shumaker, Fred A. Miller, and Dean B. Himmelein, partners doing business under the assumed name of M & S Construction Company, against Michigan Office Equipment Co., Inc., for amounts due under a contract. Judgment for plaintiffs. Defendant appeals. Affirmed.

*Orton & Tooman,* for plaintiffs.

*Elizabeth Ramsey,* for defendant.

PER CURIAM. Plaintiffs were hired by defendant, a prime contractor, to perform certain services in conjunction with 2 construction jobs. Bills submitted by plaintiffs to defendant were disputed. Defendant contends reversible error occurred at trial in the introduction of certain evidence offered by plaintiffs and factual conclusions drawn by the trial court.

An examination of the record fails to disclose reversible error in the trial court's rulings on these issues.

Affirmed. Costs to appellees.

R. B. BURNS, P. J., and J. H. GILLIS and CORKIN, JJ., concurred.